IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELIN HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | 05-0882 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Lenihan |
| WASHINGTON COUNTY CHILDREN & | ) | |
| YOUTH SERVICES | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On June 4, 2007, the Court filed a Report and Recommendation (Doc. No. 28) recommending that Defendant Washington County Children & Youth Services' ("Defendant") Motion for Summary Judgment (Doc. No. 22) be denied. On June 18, 2007, Defendant filed Objections (Doc. No. 29) to the Report and Recommendation. On June 29, 2007, the Honorable Joy Flowers Conti, United States District Judge assigned to the above captioned case, signed an order granting Consent to Proceed before a United States Magistrate Judge (Doc. No. 31), and the case was reassigned to the undersigned Magistrate Judge. Also, on June 29, 2007, Judge Conti remanded the Report and Recommendation to the Court "to reconsider the Report and Recommendation in light of the objections raised by Defendant, in particular the issues raised with respect to what a court may consider in deciding a motion for summary judgment." (Doc. No. 30) To this end, the Court views the Objections to the Report and Recommendation (Doc. No. 29) as a Motion for Reconsideration. After careful review of Defendant's Objections, together with the Report and Recommendation, pleadings and documents in the case, the following Order is entered:

AND NOW, this 28th day of August, 2007;

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 22) is **DENIED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 28) of the undersigned, dated June 4, 2007, is adopted as the Opinion of the Court.

LISA PUPO LENIHAN
United States Magistrate Judge

Dated : August 28, 2007

cc:    All counsel of record